# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DWIGHT MATHEWS,

               Plaintiff,

-vs-                                                  Case No. 6:06-cv-350-Orl-31JGG

BARBARA FAIRCLOTH, C. CONDLIFFE,
PEDRO PORTUONDO, EDWARD GRIFFIN, D.
COLLINS, J. SHULA, S. MONTIJO-BANASCO,
O. DICKENS, S. DAVIS, JOHN DOE and JOHN
DOE II ,

               Defendants.
_____

## ORDER OF DISMISSAL

On March 27, 2006, the Court ordered Plaintiff to file an amended complaint within twenty days from the date of the Order (Doc. No. 6). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 20th day of April, 2006.

                                                                   GREGORY A. PRESNELL
                                                                   UNITED STATES DISTRICT JUDGE

Copies to:
pslc 4/20
Dwight Mathews